```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: OCT 3 1 2014
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JOBDIVA, INC.,

                             Plaintiff,

      - against -

MONSTER WORLDWIDE, INC.,

                             Defendant.
------------------------------------------------------------x

13 Civ. 08229 (KBF)

ECF Case
Electronically Filed

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties hereby stipulate to the dismissal of all claims and counterclaims regarding U.S. Patent Nos. 7,711,573 ("the '573 patent"), 8,234,221 ("the '221 patent"), 8,280,823 ("the '823 patent"), 8,463,715 ("the '715 patent") and 5,832,497 ("the '497 patent") and that the action shall be dismissed with prejudice.

This Court shall retain jurisdiction to enforce the October 27, 2014 settlement agreement between the parties.

In consideration of the afore-mentioned stipulations, the parties further stipulate that the Court's October 3, 2014 Opinion and Order regarding claim construction (Dkt. 174), only as it relates to the construction and validity of the claims of the '573, '221, '823, and '715 patents, shall be vacated. [struck through] *The Court will not vacate its Claim Construction Opinion and Order. (KBF)*

Each Party shall bear its own costs and attorney fees.

Dated: New York, New York
October 27, 2014

KIRKLAND & ELLIS LLP

_____
Dale M. Cendali, P.C.
Todd M. Friedman, P.C.
James E. Marina
Benjamin A. Lasky
Jeremy D. Wilson
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
dale.cendali@kirkland.com
todd.friedman@kirkland.com
james.marina@kirkland.com
benjamin.lasky@kirkland.com
jeremy.wilson@kirkland.com

*Attorneys for Plaintiff and Counterclaim Defendant JobDiva, Inc.*

DECHERT LLP

_____
Jeffrey T. Fisher
Justin F. Boyce
DECHERT LLP
2440 W. El Camino Real, Suite 700
Mountain View, California 94040
Telephone: (650) 813-4800
jeffrey.fisher@dechert.com
justin.boyce@dechert.com

Martin J. Black
Kevin M. Flannery
Robert W. Ashbrook
DECHERT LLP
Cira Centre, 2929 Arch Street
Philadelphia, Pennsylvania 19104
Telephone: (215) 994-4000
martin.black@dechert.com
kevin.flannery@dechert.com
robert.ashbrook@dechert.com

*Attorneys for Defendant and Counterclaim Plaintiff Monster Worldwide, Inc.*

SO ORDERED this 31st day of October, 2014.

_____
United States District Judge